Douglas Q. Hahn, SBN 257559
  dhahn@sycr.com
Salil Bali, SBN 263001
  sbali@sycr.com
Mathew R. Stephens, SBN 288223
  mstephens@sycr.com
Sheila Mojtehedi, SBN 313002
  smojtehedi@sycr.com
STRADLING YOCCA CARLSON
& RAUTH, P.C.
4365 Executive Drive, Suite 1500
San Diego, CA 92121
Tel.  (858) 926-3000
Facsimile:   (858) 926-3001

Attorneys for Plaintiff and
Counter-Defendant
Ellison Educational Equipment, Inc.

Bobby Braxton
  braxton@braxtonperrone.com
BRAXTON PERRONE, PLLC
5000 Legacy Drive, Suite 465
Plano, TX  75024
Tel. 469-814-0032

Leah Strickland
  lstrickland@swsslaw.com
SOLOMON WARD SEIDENWURM &
SMITH LLP
401 B Street, Suite 1200
San Diego, CA  92101
Tel. (619)231-0303

Tammy Browning-Smith
  tammy@browning-smith.com
BROWNING-SMITH PC
752 N. State Street, #260
Westerville, OH  43420
Tel. 440-398-0098

Attorneys for Defendant and
Counter-Claimant, Avery Elle, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ellison Educational Equipment, Inc., a California corporation,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>vs.<br><br>Avery Elle, Inc., a California corporation, and Does 1-10,<br><br>　　　　Defendants and Counter-Claimant. | CASE NO. 3:19-cv-00181-H(NLS)<br>Judge Marilyn L. Huff<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE**<br><br><br>Complaint filed:  January 25, 2019 |

Pursuant to a confidential agreement, Plaintiff / Counterclaim Defendant Ellison Educational Equipment, Inc. and Defendant / Counterclaim Plaintiff, Avery Elle, Inc. hereby jointly stipulate to dismiss all claims and counterclaims in the above captioned matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c).  Each party shall bear its own costs and attorneys' fees.

DATED:  August 1, 2019      STRADLING YOCCA CARLSON & RAUTH, P.C.

By:  */s/ Salil Bali*
  Douglas Q. Hahn
  Salil Bali
  Sheila Mojtehedi
  Attorneys for Plaintiff and
  Counter-Defendant
  Ellison Educational Equipment, Inc.

DATED:  August 1, 2019      BRAXTON PERRONE, PLLC

By:  */s/ Bobby Braxton*
  Bobby Braxton
  Defendant and Counter-Claimant
  Avery Elle, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Bobby Braxton, counsel for Avery Elle, Inc., and I have obtained his authorization to affix his electronic signature to this document.

*/s/ Salil Bali*

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4846-2860-1246v1/102434-0018

-1-
JOINT MOTION TO DISMISS CASE WITH PREJUDICE
CASE NO.: 3:19-cv-00181