UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLISON EDUCATIONAL EQUIPMENT, INC., a California corporation,<br><br>                                        Plaintiff,<br><br>v.<br><br>AVERY ELLE, INC., A California corporation; and DOES 1-10, inclusive,<br><br>                                        Defendants. | Case No.: 19-cv-00181-H-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 42.] |

On August 1, 2019, the parties filed a joint motion to dismiss all claims and counterclaims in the action with prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs and attorneys' fees. (Doc. No. 42.) The Court, for good cause shown, grants the joint motion to dismiss. The Court dismisses all claims and counterclaims in the action with prejudice, with each party to bear its own costs and attorneys' fees. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: August 5, 2019

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1